17217

LAURA H. NORWOOD, Administratrix of the Estate of Thomas L. Norwood, deceased, Respondent, v. C. S. PARTHEMOS, Administrator of the Estate of Merceder Hernandez and the Estate of Frellan Alexander Coley, Jr., and F. A. Coley, Appellant.

(95 S. E. (2d) 168)

*Messrs. Leatherwood, Walker, Todd & Mann,* of Greenville, *for Appellant,*

*Messrs. Brown & DeMaio,* of Abbeville, *for Respondent,*

November 5, 1956.

*Per Curiam.*

The issue presented by the single exception on appeal in this case is correctly decided in the order of Judge Brailsford. The exception is overruled and the order is adopted as the judgment of this court.